IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No.: 3:16-CR-00037 |
| | ) | |
| Plaintiff, | ) | Judge James G. Carr |
| v. | ) | |
| | ) | |
| Michael R. Thomas, | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| Defendant. | ) | |

WHEREAS, August 5, 2015, a two-count indictment was filed charging defendant MICHAEL R. THOMAS with possessing weapons after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1).  (R. 11: Indictment).

AND WHEREAS, the indictment further sought the forfeiture, pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), of the firearms and ammunition involved in the commission of the offenses used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in the indictment, including but not limited to specific firearms, as set forth in Counts 1 and 2.  (R. 11: Indictment).

AND WHEREAS, on May 16, 2016, defendant MICHAEL R. THOMAS entered a plea of guilty to Count 1, felon-in-possession of a firearm, 18 U.S.C. § 922(g)(1).  (R. 17: Plea Agreement).

AND WHEREAS, MICHAEL R. THOMAS, signed a plea agreement on May 16, 2016, agreeing to forfeit to the United States all ownership and interest in the below-listed properties. (R. 17: Plea Agreement, paragraph 4).

AND WHEREAS, by virtue of said guilty plea, the United States is entitled to possession of the subject property, pursuant to 21 U.S.C. § 853(n)(1).

AND WHEREAS, on January 23, 2017, this Court issued a Preliminary Order of Forfeiture instructing the United States to publish notice on the Department of Justice's internet website at www.forfeiture.gov to any third parties asserting a legal interest in the subject assets, the Court's Order and the United States' intent to dispose of the subject assets in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n).  (Doc. 27: Preliminary Order of Forfeiture; Doc. 28: Declaration of Internet Publication).

AND WHEREAS, no claims to the below-described assets were filed within the prescribed time limitation.

AND WHEREAS, the Judgment of defendant MICHAEL THOMAS was filed on October 28, 2016, and forfeited the below-described assets.  (Doc. 24: Judgment, p. 6).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The below-described assets are finally forfeited to the United States pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(n), and no right, title or interest shall exist in MICHAEL THOMAS, or any other party.  Said assets are described as:

    (a) a Ruger .45 caliber pistol, model SR45, serial number 380-29118;

    (b) a Taurus H&R Magnum, .32 caliber revolver, serial number DT50251;

    (c) Eleven rounds of .45 caliber ammunition seized on December 8, 2015, by the Toledo Police Department; and

    (d) Five rounds of .32 caliber ammunition seized on December 22, 2015, by the Toledo Police Department,

and such assets are hereby forfeited to the United States for disposition in accordance with law, subject to the provisions of 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1).

2. The United States shall seize and take control of the subject assets, and shall dispose of them in accordance with law and regulation.

3. This Final Order of Forfeiture hereby extinguishes and renders invalid all other third party claims of any kind whatsoever against the subject assets.

ORDERED this __4th__ day of __April__, 2017.

/s/ James G. Carr
_____
UNITED STATES DISTRICT JUDGE